**Irving R. Crawford** and **I. O. Hagen,** both of Huron, for Appellants.

**George E. Longstaff,** of Huron, for Respondent.

PER CURIAM. The trial court extended the period of redemption from mortgage foreclosure sale to March 1, 1940, under the provisions of Chapter 145, Laws of 1939. The order having expired by its own terms, the questions presented on this appeal have become moot and the appeal is dismissed without costs to either party. Cf., Christiansen v. Prudential Life Insurance Company, 66 S. D. 404, 284 N. W. 437.

All the Judges concur.

EDD, et al, Respondents, v. THE HOME OWNERS' LOAN CORP., Appellant

(291 N. W. 573.)

(File No. 8293. Opinion filed April 10, 1940.)

**Walter Conway,** of Sioux Falls (**Ray E. Dougherty,** of Omaha, Neb., of counsel), for Appellant.

**Longstaff & Gardner,** of Huron, for Respondents.

PER CURIAM. The trial court extended the period of redemption from mortgage foreclosure sale to March 1, 1940, under the provisions of Chapter 145, Laws of 1939. The order having expired by its own terms, the questions pre-

sented on this appeal have become moot and the appeal is dismissed without costs to either party. Cf., Christiansen v. Prudential Life Insurance Company, 66 S. D. 404, 284 N. W. 437.

All the Judges concur.

McFARLING, Respondent, v. RIERSON'S INC., et al, Appellants

(291 N. W. 574.)

(File No. 8261. Opinion filed April 10, 1940.)
Rehearing Denied May 23, 1940.

**Caldwell & Burns,** of Sioux Falls, for Appellants.
**Chas. R. Hatch,** of Wessington Springs, for Respondent.